WOLFF et al. v. STATE NAT. BANK OF SHAWNEE. (Circuit Court of Appeals, Eighth Circuit, March 22, 1915.) No. 3928. In Error to the District Court of the United States for the Western District of Oklahoma.

Etheridge, McCormick & Bromburg, of Dallas, Tex., and Keaton, Wells & Johnston, of Oklahoma City, Okl., for plaintiffs in error. Ames, Chambers, Lowe & Richardson, of Oklahoma City, Okl., for defendant in error. Before SANBORN and ADAMS, Circuit Judges.

PER CURIAM. Dismissed, without costs to either party in this court, per stipulation of parties.